**No. 39199.**—Petitions 5538–R, etc., of Dayton Co. (Minneapolis).

Opinion by KEEFE, J. It appeared that after entry the importer discovered that in some manner an error had been made in the entered price of 5 cents per pair, that he drew the appraiser's attention to the error at once but that it was too late to amend the entry. Being convinced that the importer was without any intention to defraud the revenue, to conceal or misrepresent the facts, or to deceive the appraiser, the court granted the petition.